**UNITED STATES of America,**
**Plaintiff–Appellee**

v.

**Miguel DE LA ROSA–PADILLA,**
**Defendant–Appellant**

**No. 15–50962**
**Conference Calendar**

United States Court of Appeals,
Fifth Circuit.

Date Filed: 06/21/2016

Joseph H. Gay, Jr., Assistant U.S. Attorney, U.S. Attorney's Office, Western District of Texas, San Antonio, TX, for Plaintiff–Appellee.

Miguel De La Rosa–Padilla, Pecos, TX, Pro Se.

Before JONES, CLEMENT, and OWEN, Circuit Judges.

---

\* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under

PER CURIAM: \*

The Federal Public Defender appointed to represent Miguel De La Rosa–Padilla has moved for leave to withdraw and has filed a brief in accordance with *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967), and *United States v. Flores*, 632 F.3d 229 (5th Cir. 2011). De La Rosa–Padilla has filed a response. We have reviewed counsel's brief and the relevant portions of the record reflected therein, as well as De La Rosa–Padilla's response. We concur with counsel's assessment that the appeal presents no nonfrivolous issue for appellate review. Accordingly, counsel's motion for leave to withdraw is GRANTED, counsel is excused from further responsibilities herein, and the APPEAL IS DISMISSED. *See* 5TH CIR. R. 42.2.

---

the limited circumstances set forth in 5TH CIR. R. 47.5.4.